**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

DONALD LOUIS HYMES
RITA MARINA HYMES,
        Plaintiff,

Case Number 4:14-cv-00016-SLG

v.

JENNIFER D. AUCHTERLONIE,
LYNNE GOLDBACH, JODI VANDERLEI,
UNITED STATES,
INTERNAL REVENUE SERVICE,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED with prejudice.

APPROVED:

S/SHARON L. GLEASON
United States District Judge

Date: July 10, 2014

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

    Marvel Hansbraugh
    Marvel Hansbraugh,
    Clerk of Court

[Hymes Judgment.wpd]{JMT2.WPT*Rev.3/03}